THORNE, ERNST, WHINNEY, *Respondent,* v. CORTEZ
INTERNATIONAL, LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ste-
vens County, No. 87–2–00306–8, Larry M. Kristianson, J.,
entered March 31, 1988. *Affirmed* by unpublished opinion

per Thompson, C.J., concurred in by Green and Munson, JJ.